UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ALBERT LEE HOOD, | 1:13-cv-00108-GSA (PC) |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (Document #2) |
| MARGARET MIMS, et al., | and |
| Defendants. | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY FRESNO COUNTY SHERIFF |

Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has made the showing required by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's jail trust account. The Fresno County Sheriff is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

///

///

1  In accordance with the above and good cause appearing therefore, IT IS HEREBY
2 ORDERED that:
3  1. Plaintiff's application to proceed in forma pauperis is GRANTED;
4  **2. The Fresno County Sheriff or her designee shall collect payments from**
5 **plaintiff's jail trust account in an amount equal to twenty per cent (20%) of the preceding**
6 **month's income credited to the prisoner's trust account and shall forward those payments to**
7 **the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with**
8 **28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of**
9 **the Court. The payments shall be clearly identified by the name and number assigned to this**
10 **action.**
11  3. The Clerk of the Court is directed to serve a copy of this order and a copy of
12 plaintiff's in forma pauperis application on the Fresno County Sheriff, via the court's electronic case
13 filing system (CM/ECF).
14  4. The Clerk of the Court is directed to serve a copy of this order on the Financial
15 Department, U.S. District Court, Eastern District of California, Fresno Division.
16  5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a
17 certified copy of his jail trust account statement for the six-month period immediately preceding the
18 filing of the complaint, if plaintiff has not already done so.
19  IT IS SO ORDERED.
20  Dated:   **January 31, 2013**          /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE