UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEE HOOD,<br><br>              Plaintiff,<br><br>       vs.<br><br>MARGARET MIMS, et al.,<br><br>              Defendants. | 1:13-cv-00108-LJO-GSA-PC<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANTS CHUNA, TAYLOR, WIBBLES, AND ZAVALA, ON PLAINTIFF'S EIGHTH AMENDMENT MEDICAL CLAIMS, AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED<br><br>OBJECTIONS, IF ANY, DUE IN 20 DAYS |

   Albert Lee Hood ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 against defendant officials employed by the Fresno County Sheriff's Department at the Fresno County Jail. Plaintiff filed the Complaint commencing this action on January 24, 2013. (Doc. 1.)

   The court screened the Complaint pursuant to 28 U.S.C. § 1915A and issued an order on May 8, 2014, requiring Plaintiff to either file an amended complaint or notify the court that he is willing to proceed only on the claims found cognizable by the court. (Doc. 9.) On June 30, 2014, Plaintiff notified the court in writing that he does not wish to file an amended complaint and wishes to proceed only on the cognizable Eighth Amendment medical claims, against defendants Correctional Officer Chuna, Sergeant Taylor, Corporal Wibbles, and Correctional Officer Zavala. (Doc. 11.)

Based on the foregoing, it is HEREBY RECOMMENDED that:

1. This action proceed only against defendants Correctional Officer Chuna, Sergeant Taylor, Corporal Wibbles, and Correctional Officer Zavala, on Plaintiff's claims for inadequate medical care under the Eighth Amendment;

2. All remaining claims and defendants be dismissed from this action; and

3. Defendant Sheriff Margaret Mims be dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against her.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l).  Within **twenty (20)** days after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **July 3, 2014**                    **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE