UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEE HOOD, | 1:13-cv-00108-LJO-GSA-PC |
| Plaintiff, | ORDER DENYING MOTION TO DISMISS AS MOOT |
| vs. | (Doc. 24.) |
| MARGARET MIMS, et al., | |
| Defendants. | |

## I.   BACKGROUND

Albert Lee Hood ("Plaintiff") is a federal prisoner proceeding pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983.  On January 24, 2013, Plaintiff filed the Complaint commencing this action.  (Doc. 1.)  The court screened the Complaint and issued an order on May 8, 2014, requiring Plaintiff to either file an amended complaint or notify the court of his willingness to proceed only on the Eighth Amendment medical claims found cognizable against defendants Chuna, Taylor, Wibbles, and Zavala ("Defendants").  (Doc. 9.)  On June 30, 2014, Plaintiff notified the court that he wished to proceed only on the cognizable claims.  (Doc. 11.)  On September 15, 2014, the court directed the United States Marshal to serve process upon the Defendants.  (Doc. 19.)

On November 19, 2014, Defendants filed a motion to dismiss the Complaint for failure to state a claim.  (Doc. 24.)  The motion to dismiss is pending.

On May 26, 2015, with leave of court, Plaintiff filed the First Amended Complaint. (Doc. 32.) As a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Thus, because the First Amended Complaint has been filed, Plaintiff's original Complaint no longer serves any function in the case. Therefore, Defendants' motion to dismiss the original Complaint is moot and shall be denied as such.

## II.    CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that Defendants' motion to dismiss, filed on November 19, 2014, is DENIED as moot.

IT IS SO ORDERED.

Dated:   **May 27, 2015**            /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE