UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEE HOOD,<br><br>        Plaintiff,<br><br>vs.<br><br>SGT. TAYLOR, et al.,<br><br>        Defendants | Case No. 1:13 cv 00108 LJO GSA PC<br><br>ORDER DIRECTING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION TO DISMISS<br><br>OPPOSITION  DUE IN THIRTY DAYS |

On June 5, 2015, Defendants filed a motion to dismiss. To date, Plaintiff has not filed an opposition. The Court will grant Plaintiff a further extension of time in which to file opposition to the motion or a statement of non-opposition. Plaintiff is cautioned that his failure to do so will result in a recommendation of dismissal for failure to obey a court order pursuant to Local Rule 110.

Accordingly,   IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an opposition or statement of non-opposition to Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated:   **July 29, 2015**

**/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

1