**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALBERT LEE HOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>CHUNA,<br><br>    Defendant. | Case No.: 1:13-cv-00108-LJO-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF Nos. 48, 58) |

Plaintiff Albert Lee Hood is proceeding pro se and in forma pauperis in this civil rights action. This case currently proceeds on Plaintiff's claim against Defendant Adleno Cunha, Jr., for deliberate indifference to his serious medical needs.[1] This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(1)(B) and Local Rule 302.

On January 6, 2017, Defendant filed a motion for summary judgment. (ECF No. 48.) On August 28, 2017, the assigned Magistrate Judge issued a Findings and Recommendations recommending that Defendant's motion for summary judgment be denied. (ECF No. 58.) Those Findings and Recommendations were served on the parties and contained a notice that any objections were to be filed within fourteen days. Over fourteen days have passed, and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

---

[1] Defendant Cunha was erroneously sued as "Chuna."

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on August 28, 2017, are adopted in full;
2. Defendant's motion for summary judgment (ECF No. 48) is denied; and
3. This matter is referred back to the assigned Magistrate Judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **September 18, 2017**         /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE