# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEE HOOD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHUNA,<br><br>　　　　Defendant. | Case No.: 1:13-cv-00108-LJO-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION REGARDING CONSENT TO MAGISTRATE JUDGE JURISDICTION<br><br>[ECF No. 62] |

Plaintiff Albert Lee Hood is proceeding pro se and in forma pauperis in this civil rights action. This matter proceeds on Plaintiff's claim against Defendant Adleno Cunha, Jr., for deliberate indifference to Plaintiff's serious medical needs.

On September 19, 2017, the Court issued an order directing the Clerk of the Court to send a consent/decline form to Plaintiff regarding whether he would like to consent to a United States Magistrate Judge conducting all proceedings, including trial and entry of final judgment. (ECF No. 61.) Plaintiff had previously declined to consent to proceed before a Magistrate Judge for all purposes in this matter. (ECF No. 5.) Plaintiff was permitted twenty days from the date of that order to return a consent/decline form.

Currently before the Court is Plaintiff's motion to consent to Magistrate Judge jurisdiction, filed on October 5, 2017. (ECF No. 62.) Plaintiff states in the motion that he moves to rescind his previous decision to decline to proceed before a United States Magistrate Judge for all purposes, and that upon further consideration, he would like to instead consent to such jurisdiction.

1

Although Plaintiff did not return the Court's usual form, the Court finds that Plaintiff intends to now consent for a United States Magistrate Judge to preside over all matters in this action, including trial and the entry of judgment, pursuant to § 28 U.S.C. 636(c) and Local Rule 305.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion to consent to the jurisdiction of a United States Magistrate Judge, (ECF No. 62), is granted.

IT IS SO ORDERED.

Dated: **October 6, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE