# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEE HOOD,<br><br>    Plaintiff,<br><br>v.<br><br>ADLENO CUNHA, JR.,<br><br>    Defendant. | 1:13-cv-00108-BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL<br><br>(ECF No. 60) |

Plaintiff Albert Lee Hood is proceeding pro se and in forma pauperis in this civil rights action. This matter currently proceeds on Plaintiff's claim against Defendant Correctional Officer Adleno Cunha, Jr., for deliberate indifference to Plaintiff's serious medical needs. Pursuant to 28 U.S.C. §636(c)(1), all parties have consented to the jurisdiction of a U.S. Magistrate Judge. (ECF Nos. 27, 62.)

Currently before the Court is Plaintiff's motion for the appointment of counsel, filed on September 15, 2017. (ECF No. 60.) Based on the issues presented in this case and a careful review of the record, the Court finds the appointment of counsel warranted for Plaintiff in the above entitled matter. Attorney M. Greg Mullanax has been selected from the Court's pro bono attorney panel to represent Plaintiff, and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (ECF No. 60) is granted;
2. Attorney M. Greg Mullanax is appointed as counsel in the above entitled matter;

1

3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment; and

4. The Clerk of the Court is directed to serve a copy of this order upon Attorney M. Greg Mullanax, Law Office of M. Greg Mullanax, 2140 N. Winery Ave., Suite 101, Fresno, CA 93703.

IT IS SO ORDERED.

Dated: **October 16, 2017**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE