# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEE HOOD, | )   1:13-cv-00108-BAM (PC) |
| Plaintiff, | )   ORDER TO RECAPTION CASE |
| v. | ) |
| ADLENO CUNHA, JR., | ) |
| Defendant. | ) |

Currently, this matter proceeds only on Plaintiff's claim against Defendant Correctional Officer Adleno Cunha, Jr., for deliberate indifference to Plaintiff's serious medical needs. Defendant Cunha was erroneously sued as "Chuna," and all other defendants have been dismissed.

Consequently, the caption shall be as reflected above, and the docket shall be corrected accordingly.

IT IS SO ORDERED.

Dated:   **October 16, 2017**        /s/ *Barbara A. McAuliffe*

                                    UNITED STATES MAGISTRATE JUDGE