

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT LEE HOOD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ADLENO CUNHA, JR.,<br><br>　　　　　Defendant. | Case No. 1:13-CV-00108-BAM (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF **ALBERT LEE HOOD, REG. NO. 69049-097**, IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

The jury trial in this matter commenced on May 15, 2018, and **Plaintiff Albert Lee Hood, Reg. No. 69049-097**, has testified and is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **May 16, 2018**　　　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　BARBARA A. McAULIFFE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE