# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ALBERT LEE HOOD,
    Plaintiff,

vs.

**JUDGMENT IN A CIVIL ACTION**

1: 13-CV-00108-BAM (PC)

ADLENO CUNHA, JR.,
    Defendant.
_____/

    JURY VERDICT:    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that Judgment is in favor of Defendant Adleno Cunha, Jr. and against Plaintiff Albert Lee Hood. The Clerk of the Court is instructed to CLOSE THIS CASE.

DATED:  May 18, 2018

                        MARIANNE MATHERLY, Clerk

                        By:  /s/ H.A. Herman
                              Deputy Clerk

judgment.civ.wpd
5/6/2013